HARRISON B. MOORE, Respondent, *v.* THEODORE A. CRANE'S SONS COMPANY, Appellant, and GRACE P. MOORE, Respondent.

Appeal from an order denying a motion to vacate an order for the examination of the defendant before trial and directing such examination to proceed.

HARRISON B. MOORE, Respondent, *v.* THEODORE A. CRANE'S SONS COMPANY, Appellant, and GRACE P. MOORE, Respondent.

*Practice — examination before trial — accounting.*

Appeal from an order of the Special Term granting plaintiff an examination before trial.

PER CURIAM: The examination sought is certainly premature at the present time. The action is to reform a written contract of employment, and for an accounting as to the amount due plaintiff under the reformed contract. The plaintiff's first task is to establish his right to a reformation. Until he has succeeded in that, there is no occasion for an accounting, and, therefore, no propriety in ordering an examination of the books.

Whether or not, even under the reformed contract, if it is reformed, he will be entitled to such an examination, can be determined when the question arises.   Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.